IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GENE COGGINS, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CASE NO.: 3:09-cv-40-TMH |
| | ) |
| UNITED STATES DISTRICT COURT | ) (WO - Do Not Publish) |
| EASTERN DIVISION, et al., | ) |
| | ) |
| DEFENDANTS. | ) |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered this date, it is the ORDER, JUDGMENT, and DECREE of the Court:

1. That this action is DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) - (iii).

2. Costs are TAXED against Plaintiff Coggins, for which execution may issue.

3. The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Federal Rule of Civil Procedure 58 and close this file.

DONE this the 30th day of April, 2009.

/s/ Truman M. Hobbs
UNITED STATES DISTRICT COURT JUDGE